■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY N. JOHNCOX, III, Appellant. [805 NYS2d 867]—Motion to proceed as a poor person dismissed as moot and appeal dismissed. Memorandum: Appeal unanimously dismissed and matter remitted to Wayne County Court to vacate the judgment of conviction and dismiss the indictment (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Green, J.P., Scudder, Gorski, Martoche and Hayes, JJ.